UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIVISION 1181 A.T.U. – NEW YORK EMPLOYEES PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>VARSITY BUS CO., INC., et al.<br><br>Defendants. | Civil Action No. 1:12-cv-05039-ENV-RLM |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Division 1181 A.T.U. – New York Employees Pension Fund and its Trustees and Division 1181 A.T.U. – New York Welfare Fund and its Trustees, and Defendants, Varsity Bus Co., Inc., Stanley Brettschneider, Lisa Brettschneider, Andrew Brettschneider, and Alison Brettschneider hereby file this Stipulation, dismissing the above captioned case without prejudice.

Dated: February 15, 2013

Respectfully submitted,

_____
Barry S. Slevin
Jeffrey S. Swyers
Laura Offenbacher Aradi
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC 20036
(202) 797-8700 (telephone)
(202) 234-8231 (facsimile)

Richard A. Brook
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
New York, NY 10018
(212) 239-4999 (telephone)
(212) 239-1311 (facsimile)

1

*Counsel for the Plaintiffs*

_____
Jed Matthew Weiss
Cole Schotz Meisel Forman & Leonard PA
900 Third Ave 16th Floor
New York, NY 10022
646-563-8922
Fax: 646-521-2022
Email: jweiss@coleschotz.com

*Counsel for Defendants*

924208v1